**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MONICA HARPER, as Mother and Guardian for OMARION WILLIAMS, a Minor,** | ) | **Case No.** |
| | ) | **Magistrate Judge** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge** |
| **P.O. PHILLIP KOSTECKA and JOHN DOE, Individually and the CITY OF CHICAGO HEIGHTS, a municipal corporation,** | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, MONICA HARPER, complaining against the Defendants, P.O. PHILLIP KOSTECKA and JOHN DOE, individually, and the CITY OF CHICAGO HEIGHTS, a municipal corporation, as follows:

**COUNT I – EXCESSIVE FORCE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, OMARION WILLIAMS, a minor, accomplished by acts and/or omissions of the Defendants, P.O. PHILLIP KOSTECKA and JOHN DOE, individually, and the CITY OF CHICAGO HEIGHTS, a municipal corporation, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, MONICA HARPER, was at all relevant times United States citizen and resident of the State of Illinois and the mother of OMARION WILLIAMS, a minor.

4. At all relevant times, the Defendants, P.O. PHILLIP KOSTECKA and JOHN DOE was a duly appointed Chicago Heights Police Officer acting within the scope of employment and under color of law.

5. On or about May 14, 2019, the Plaintiff, OMARION WILLIAMS, a minor, was in the vicinity of 602 Andover Street, Chicago Heights, Illinois.

6. A crowd gathered because of an altercation.

7. The Plaintiff OMARION WILLIAMS was in the crowd.

8. Several police arrived on the scene including the Defendants.

9. Defendant KOSTECKA decided to arrest OMARION WILLIAMS.

10. The Plaintiff was not offering any physical threat to the Defendant PHILLIP KOSTECKA or any other officer.

11. The Defendant P.O. PHILLIP KOSTECKA who is a canine officer released his canine to seize or attack OMARION WILLIAMS.

12. The canine attacked OMARION WILLIAMS biting him.

13. The Plaintiff OMARION WILLIAMS did not resist arrest.

14. Despite not running and not being a threat, the Defendant, P.O. PHILLIP KOSTECKA allowed a police canine to brutally attack the Plaintiff, and ordered the dog to do so, even when the Plaintiff was not a threat and compliant.

15. The Defendants, P.O. PHILLIP KOSTECKA's use of force was unprovoked.

16. Said use of force was excessive and unreasonable

17. The Plaintiff, OMARION WILLIAMS, was injured.

18. At all relevant times, the Defendant, P.O. PHILLIP KOSTECKA was acting pursuant to the customs and policies of the Chicago Heights Police Departments.

19. The actions of the Defendant, P.O. PHILLIP KOSTECKA, were intentional, willful and with malice.

20. Said actions of the Defendants, P.O. PHILLIP KOSTECKA violated the Plaintiff, OMARION WILLIAM's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

21. As a direct and proximate consequence of said conduct of the Defendants, P.O. PHILLIP KOSTECKA, the Plaintiff, OMARION WILLIAMS, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

WHEREFORE, the Plaintiff, OMARION WILLIAMS, by and through his mother, MONICA HARPER, prays for judgment in his favor and against the Defendant, P.O. PHILLIP KOSTECKA, in reasonable compensatory damages and in punitive damages, plus attorneys' fees and costs.

## COUNT II—INDEMNIFICATION – CITY OF CHICAGO HEIGHTS

1-21. The Plaintiff, MONICA HARPER, hereby realleges and incorporates her allegations of paragraphs 1-21 of Count I as her respective allegations of paragraphs 1-21 of Count II as though fully set forth herein.

22. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

23. The Defendants, P.O. PHILLIP KOSTECKA as employees of the CITY OF CHICAGO HEIGHTS Police Department, who acted within their scope of employment in committing the misconduct described herein.

WHEREFORE, should the Defendants, P.O. PHILLIP KOSTECKA be found liable for any of the acts alleged above, the Defendants, the CITY OF CHICAGO HEIGHTS, would be liable to pay the Plaintiff, OMARION WILLIAMS, any judgment obtained against said Defendants.

**JURY DEMAND**

The Plaintiff, MONICA HARPER, hereby requests a trial by jury.

Respectfully submitted,

MONICA HARPER, as Mother and Guardian of OMARION WILLIAMS, a Minor

/s/ Gregory E. Kulis
One of Their Attorneys

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**Tel: (312) 580-1830**
**Email: gkulis@kulislawltd.com**
**Attorney No. 6180966**